NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BARNHARDT MANUFACTURING COMPANY,**
*Plaintiff-Appellant,*

**v.**

**ILLINOIS TOOL WORKS, INC.,**
*Defendant-Appellee.*

---

2010-1398

---

Appeal from the United States District Court for the Western District of North Carolina in No. 08-CV-0617, Judge Frank D. Whitney.

---

**JUDGMENT**

---

W. THAD ADAMS, III, Adams Intellectual Property Law, of Charlotte, North Carolina, argued for plaintiff-appellant.

JEFFREY A. MCINTYRE, Whyte Hirschboeck Dudek S.C., of Madison, Wisconsin, argued for defendant-appellee.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* DYK and PROST, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 8, 2011        /s/ Jan Horbaly
Date                    Jan Horbaly
                        Clerk